JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO JUAQUIN REYES,<br><br>  Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY[1],<br><br>  Defendant. | Case No. 1:25-cv-00938-KES-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 31, 2025 to December 30, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of October 27, 2025 and November 3, 2025, Plaintiff's Counsel has eight briefs due.   Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                  Respectfully submitted,

Dated: October 23, 2025  PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Jonathan Omar Pena*
                                  JONATHAN OMAR PENA
                                  Attorneys for Plaintiff


Dated: October 23, 2025       ERIC GRANT
                                  United States Attorney
                                  MATHEW W. PILE, WSBN 32245
                                  Head of Program Litigation 1
                                  Social Security Administration

                              By:  */s/ Oscar Gonzalez de Llano*
                                  Oscar Gonzalez de Llano
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on October 23, 2025)

# **ORDER**

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before December 30, 2025. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **October 24, 2025**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE