ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
ASIM H. MODI, (NY #4692018)
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (312) 596-1868
     E-Mail: asim.modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDUARDO JUAQUIN REYES,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:25-CV-00938-KES-FRS (EPG)<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment or Remand and Supporting Memorandum of Law be extended thirty (30) days from January 29, 2026, up to and including March 2, 2026. This is the Defendant's first request for an extension.

Defendant requests this extension in order to further consider the 542-page administrative record in light of the three issues raised in Plaintiff's motion. Defendant further requests this extension in light of an ongoing backlog of briefing from the appropriations lapse that lasted September 30, 2025, until November 12, 2025. The undersigned's briefing docket includes drafting merits briefs in five Social Security cases pending before the Ninth Circuit, performing detailed reviews of the Commissioner's merits briefs in at least eight other Social Security cases

pending before the Ninth Circuit, as well as responsibilities in other practice areas in our office, including closely reviewing the work of less senior attorneys, one of whom will be assisting with drafting the Commissioner's brief in this case.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  January 15, 2026           /s/  *Jonathan Omar Pena*
                                   (*as authorized via e-mail on January 15, 2026)
                                   JONATHAN OMAR PENA
                                   Attorney for Plaintiff

Dated: January 15, 2026            ERIC GRANT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Head of Program Litigation 1
                                   Social Security Administration | Law & Policy


                            By:    /s/  *Asim H. Modi*
                                   ASIM H. MODI
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 2, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:    **January 16, 2026**                     /s/ *Eric P. Grosj*
                                              UNITED STATES MAGISTRATE JUDGE